UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT
CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

Case No.: 3:19-cr-24-GFVT-1     At: FRANKFORT     Date: August 25, 2020

USA v. Denver D. Tackett DMD     _X_ Present  ___ Custody  _X_ OR     Age: 66

DOCKET ENTRY:

PRESENT: HON. _____ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

| Colleen Dawkins | Sandy Wilder | Andrew E. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

Counsel for Deft: Andrew Louis Sparks     _X_ Present     _X_ Retained     ___ Appointed

PROCEEDINGS: **RE-ARRAIGNMENT AND GUILTY PLEA**

_X_ Defendant was placed under oath and questioned by the Court.

_X_ Defendant states true name is Denver David Tackett.

_X_ Copy of Indictment previously given to Defendant.

_X_ Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.     ___ Indictment Read.

_X_ Defendant moves to CHANGE PLEA to Count One (1)

_X_ Court finds the Defendant to be fully competent and capable of entering an informed plea.

_X_ Court finds the plea is knowing, voluntary, and supported by an independent basis in fact.

_X_ Court finds the waiver of appeal is knowing and voluntary made.

_X_ Court GRANTS the motion. Defendant pleads _X_ GUILTY to Count One (1).     ___ Not guilty to Count (No.)

_X_ PLEA AGREEMENT to be filed. The Sealed Supplement to be returned to the Assistant United States Attorney at conclusion of these proceedings.

_X_ The transcript shall be deemed the written findings of the Court.

_X_ Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

_X_ Defendant shall remain on bond and conditions of release as previously imposed.

___ Defendant remanded to the custody of the United States.

_X_ Jury trial CANCELED as to this Defendant.

_X_ Sentencing set for Tuesday, December 15, 2020 at 1:00 p.m., at **LEXINGTON**, Kentucky, before District Judge Gregory F. Van Tatenhove subject to intervening orders of the Court.

Copies: COR, USP, USM, JC, D          Clerk's Initials: scd          TIC: 0/35